```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 40878
    ROSHANDA L WILLIAMS
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1580


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/03/2004 and was confirmed 12/20/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   20.75%.

      The case was paid in full 12/27/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
 PEOPLES GAS LIGHT & COKE  UNSECURED OTH    1095.68            .00           109.57
 AUTO MART INC             SECURED              .00            .00              .00
 AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00              .00
 CAPITOL MANAGEMENT SERVI  UNSECURED        NOT FILED          .00              .00
 CBCS                      UNSECURED        NOT FILED          .00              .00
 MCI CONSUMER BANK         NOTICE ONLY      NOT FILED          .00              .00
 CITIZENS BANK             UNSECURED OTH    2216.05            .00           460.30
 SALVATORRE SPINELLI       NOTICE ONLY      NOT FILED          .00              .00
 SALVATORE SPINELLI ESQ    UNSECURED        NOT FILED          .00              .00
 CITY OF CHICAGO PARKING   UNSECURED        1760.00            .00           365.24
 COMMONWEALTH EDISON       UNSECURED        1798.52            .00           373.23
 DEPENDON COLLECTION SVC   UNSECURED        NOT FILED          .00              .00
 EXCELL TELECOMMUNICATION  UNSECURED        NOT FILED          .00              .00
 MARLIN INTERGRATED        UNSECURED        NOT FILED          .00              .00
 MARLIN INTERGRATED        UNSECURED        NOT FILED          .00              .00
 MARLIN INTERGRATED        UNSECURED        NOT FILED          .00              .00
 MEDCLR                    UNSECURED        NOT FILED          .00              .00
 MEDICAL RECOVERY SPECIAL  UNSECURED        NOT FILED          .00              .00
 PROVIDIAN                 UNSECURED        NOT FILED          .00              .00
 SCHREIBER & ASSOC         NOTICE ONLY      NOT FILED          .00              .00
 PROVIDIAN                 UNSECURED        NOT FILED          .00              .00
 AMERITECH CELLULAR        UNSECURED        NOT FILED          .00              .00
 CITIFINANCIAL INVESTMENT  NOTICE ONLY      NOT FILED          .00              .00
 SPRINT                    UNSECURED        NOT FILED          .00              .00
 NCO FINANCIAL SYSTEMS IN  NOTICE ONLY      NOT FILED          .00              .00
 T-MOBILE BANKRUPTCY       UNSECURED         265.48            .00            54.67
 SUPERIOR CREDIT SERVICE   NOTICE ONLY      NOT FILED          .00              .00
 TARGET NATIONAL BANK      UNSECURED        NOT FILED          .00              .00
 FROST ARNET CO            UNSECURED        NOT FILED          .00              .00
 TCF                       UNSECURED        NOT FILED          .00              .00
 PROFESSIONAL ACCOUNT MGM  NOTICE ONLY      NOT FILED          .00              .00
 WAL MART STORES INC       UNSECURED        NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 40878 ROSHANDA L WILLIAMS
```

```
WEXLER & WEXLER            NOTICE ONLY    NOT FILED              .00              .00
ZTEL COMMUNICATIONS INC    UNSECURED      NOT FILED              .00              .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY    NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       5.20              .00             5.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,200.00                          2,200.00
TOM VAUGHN                 TRUSTEE                                             211.79
DEBTOR REFUND              REFUND                                               87.00

     Summary of Receipts and Disbursements:
  ---------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
  ---------------------------------------------------------------------------
TRUSTEE                  3,867.00

PRIORITY                                        5.20
SECURED                                          .00
UNSECURED                                   1,363.01
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                          211.79
DEBTOR REFUND                                  87.00
                         ---------------   ---------------
TOTALS                   3,867.00           3,867.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 04 B 40878 ROSHANDA L WILLIAMS